# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

|  |  |  |
|---|---|---|
| United States of America ex rel. Vincent J. Stovall, | ) ) ) ) | Civil Action No. 3:15-cv-3530-DCC |
| Plaintiff, | ) ) |  |
| v. | ) | **ORDER SETTING** |
| Webster University, | ) ) | **PRETRIAL CONFERENCE** |
| Defendant. | ) ) ) |  |

In this action, the Court wishes to conduct a conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the Rule 16 conference in Chambers on **Wednesday, January 31, 2018, at 2:00 p.m.** in the Donald S. Russell Courthouse, 201 Magnolia Street, Spartanburg, South Carolina. Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than January 19, 2018 and shall attend the Rule 16 conference prepared to provide the Court with an <u>oral</u> Rule 26(f) report.

s/Donald C. Coggins Jr.
United States District Judge

Dated: December 21, 2017
Spartanburg, South Carolina