# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America; Vincent J. Stovall, ex rel, Plaintiff-Relator, ) ) *Plaintiffs* ) ) v. ) Webster University, *Defendant*, | Civil Action No. 3:15-cv-03530-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: the plaintiff's motion to dismiss is granted.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Donald C. Coggins, Jr.

Date:  August 8, 2018                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Ashley Buckingham
                                                                            *Signature of Clerk or Deputy Clerk*